UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Dr. Chinwe Offor,

    Plaintiff,

vs.

1. MERCY MEDICAL CENTER,

2. CATHOLIC HEALTH SERVICES OF LONG ISLAND

3. DR. SWARNA DEVARAJAN

4. DR. JOHN REILLY

5. U.S DEPARTMENT OF HEALTH AND HUMAN SERVICES

    Defendants

**NOTICE OF APPEARANCE**

17 Civ. 1872 (NRB)

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for defendants Mercy Medical Center, Catholic Health Services of Long Island, Inc., Swarna Devarajan, M.D. and John Reilly, M.D. I certify that I am admitted to practice in the Southern District of New York.

Dated: June 9, 2017
    Jericho, New York

NIXON PEABODY LLP

By: _____
    Christopher G. Gegwich

50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500

*Attorneys for Defendants*
  *Mercy Medical Center, Catholic Health Services of Long Island, Inc., Swarna Devarajan, M.D. and John Reilly, M.D.*

4842-7408-6986.1