```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/17
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Dr. Chinwe Offor,

    Plaintiff,

vs.

1. MERCY MEDICAL CENTER,

2. CATHOLIC HEALTH SERVICES OF LONG ISLAND

3. DR. SWARNA DEVARAJAN

4. DR. JOHN REILLY

5. U.S DEPARTMENT OF HEALTH AND HUMAN

    SERVICES

    Defendants

STIPULATION AND ORDER
EXTENDING TIME TO
ANSWER, MOVE AGAINST
OR OTHERWISE RESPOND
TO THE COMPLAINT

17 Civ. 1872 (NRB)

**IT IS HEREBY STIPULATED AND AGREED** by and between the counsel for plaintiff Chinwe Offor, M.D. and counsel for defendants Mercy Medical Center, Catholic Health Services of Long Island, Inc., Swarna Devarajan, M.D. and John Reilly, M.D. (collectively "MMC Defendants"), that the time for MMC Defendants to answer, move against or otherwise respond to the Complaint and Jury Trial Demand is hereby extended through and including July 7, 2017; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile or pdf signatures shall have the same force and effect as original signatures.

Dated: June 6, 2017

| | |
|---|---|
| **IKE AGWUEGBO ESQ.** | **NIXON PEABODY LLP** |
| By: _____ | By: _____ |
| Ike Agwuegbo | Christopher G. Gegwich |
| 575 Lexington Avenue, 4th Floor | 50 Jericho Quadrangle, Suite 300 |
| New York, New York 10022 | Jericho, New York 11753 |
| (908) 616-2075 | (516) 832-7500 |
| *Attorneys for Plaintiff* | *Attorneys for MMC Defendants* |

SO ORDERED:

_____
Hon. Naomi R. Buchwald, U.S.D.J.

6/12/17

- 2 -

4816-0493-5498.1